IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| This document relates to all CVLO Cases | Civil Action No. MDL 875 |

### Declaration of Joseph Ferriter

My name is Joseph Ferriter.

I was retained by plaintiffs in this matter. I have reached the opinions expressed in the report attached as exhibit 1 after reviewing the materials described in the report. The opinions expressed in the report are true and correct to a reasonable degree of scientific certainty.

I have attached a true and correct copy of my curriculum vitae as exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2012

*[signature]*

DEFENDANT'S EXHIBIT B

Case 2:08-cv-88707-ER   Document 109-5   Filed 04/02/13   Page 2 of 12
Rule 26 Report of Joseph H. Ferriter
Case 2:08-cv-88707-ER   Document 89-3   Filed 11/05/12   Page 2 of 12

I have been retained by Cascino Vaughan Law Offices as a witness to provide testimony about the work of pipefitters in industrial and commercial settings. My compensation is at the rate of $50 per hour.

I began work as pipefitter apprentice with Local 597 based in Chicago, Illinois in 1953. I became a journeyman in 1958 and retired from work as a pipefitter in 2002. I continued to do some consulting work after retirement.

As a pipefitter I worked at powerhouses, refineries, chemical plants, large office buildings, high rise buildings, governmental facilities, hospitals, food processing plants, schools, and other industrial and commercial facilities. I served as a foreman, general foreman, and superintendent for many jobs. Most of my career as a pipefitter, I was a general foreman and superintendent. My attached resume lists some of the actual locations where I worked. I am familiar with the union jurisdictional lines for the work of the pipefitters and the practices and procedures in the settings above.

Pipefitters set turbines, pumps, compressors, heat exchangers, vessels, control valves, packaged and smaller sectional boilers, and other equipment in place on the industrial, commercial, and government owned site jobs. Pipefitters worked on mechanical systems and installed pipe, fittings, valves, and flanges connecting to equipment and in other places on the system. Gaskets and packing materials were often required or used in making the connections. After a system has been assembled, the piping in certain systems had to be disconnected. One reason for disconnecting the piping was the need to do testing. Testing was required when the integrity of the system had to be checked to confirm that it could handle system pressure. Testing for system pressure integrity, e.g. leaks, was required on all jobs. Removal of gaskets connecting to the equipment was required to perform this testing.

Portions of the system also had to be disconnected to realign or even replace the equipment. For most pumps and turbines realignment was needed for the couplings which are on the drive mechanism for the motors. Removal of gaskets connecting to the equipment was required to perform this testing. The insulation on the piping system was often in place before the realignment process and portions had to be removed to do the realignment. Typically 4 to 18 inches of the pipe insulation had to be removed for each pipe or flange connecting to the equipment. The pipefitters had to do the insulation removal when the pipe covers were not present. The removal of pipe insulation was done by hand, knife, saw, hack saws, and other hand tools. Where possible, pipe insulation materials were salvaged, stacked up in a corner, and reused up to about 1988. Large amounts of dust were created during removal work.

I was able to distinguish asbestos and nonasbestos pipe covering materials (e.g., block and sections) based on my training on the job, specific training after about 1988 to recognize the materials, and seeing the materials which were subjected to the asbestos abatement procedures in later years. My responsibilities as a supervisor after about

1

EXHIBIT
1

1988 including recognizing such materials for the safety of the crews working under me.

During remodeling, maintenance, repair, or rehab work before about 1988, pipefitters had to remove in-place pipe insulation, which usually contained asbestos, from the piping, valves, and flanges to get to the gaskets. Pipefitters also had to remove the insulation which covered safety and specialty valves on the equipment that had to be inspected and tested and, as needed, rebuilt or replaced. Before pipefitters reinstalled new gaskets after the equipment testing or realignment was completed, they had to clean all flange facing of old adhered gasket material. Pipefitters usually had to repack the steam valves on the lines going to turbines, pumps, or other equipment on piping integral to the situation. Pipecoverers usually came on the job after the covering had been removed from most of the piping.

Blankets always covered turbines on the driver end of the turbine and other parts of the turbine. The blankets were removed during scheduled turbine outages, shutdowns, turnarounds, and other major maintenance activities involving turbines. The blanket removals occurred about every 18-24 months for any given turbine. and pipefitters were present during the removal doing other work. The process of blanket removal also occurred during unscheduled work to repair turbines. The blankets on the larger turbines such as at powerhouses were preformed in later years to fit around the turbines. These blankets were made from a heavy cloth that was filled with insulation. The blankets installed in the earlier years were smaller and had to be hand fitted on the equipment. The non-preformed blankets had to be cut sometimes in order to be removed. All turbine blankets were known to be made from asbestos containing materials. Removal of blankets was always a dusty process.

On turbine work for turbines which were not "packaged" (preassembled) a manufacturer's representative from GE, Westinghouse, or other turbine manufacturer would be present. The manufacturer's representative directed what work was to be done by the pipefitter crews and any changes to the work. The directives were provided in drawings or written statement from the representative and sometimes orally by the representative. As a superintendent or general foreman, I was personally involved in the communications with the turbine manufacturer's representative

Blankets made from the same kind of materials as used for turbines were also common on certain flanged areas, hot pump housings, some boilers and furnaces, cold vessels and heat exchangers which sweated, compressor ends of ammonia systems for refrigeration, and other equipment. Pipefitters were present during removal of blankets from this type of equipment and often did the removal themselves.

Gaskets were installed by pipefitters on piping systems, connections to equipment, and sometimes on the equipment itself such as for specialty valves. Gaskets were either preformed or fabricated out of sheet materials. Preformed gaskets rarely required cutting or other adjustments to fit. Sheet gaskets had to be cut to size for flanges, equipment and other uses. Pipefitters did the cutting with knifes, shears or

2

other tools. Almost all gaskets used in high temperature settings or systems over about 120 degrees Fahrenheit would harden, deteriorate or crumble, and adhere in places to the face of the flanges or other equipment over time. Gasket removal in high temperature settings or systems was done using scrapers, wire brushes, files, and occasionally chisels. The process was always dusty. Removal of a gasket from a 6 inch flange for example averaged about 5-10 minutes. In certain applications above about 400 degrees involving systems such as corrosive or explosive products, specialty gaskets made almost entirely from metals (often monel or chrome) were used and did not leave much residue. Otherwise the gasket residues were created and had to be removed, including without limitation the spiral wound gaskets.

During shutdowns, outages, turnarounds, or other major maintenance work, gasket removal and replacement was required. Pipefitters did the gasket removal in all maintenance situations. The frequency of gasket work was at least annually for all industrial and larger commercial sites and could be more often. Whenever a flange was opened, the gasket was replaced. The life of most gaskets, in areas which were not opened for other reasons, on the high temperature pipe lines was between 1 to 5 years depending primarily on pressure and temperature ranges. Changing gaskets required breaking open the flanges and removal of pipe insulation covering the valves and flanges. Repair of valves also required the removal of insulation covering the valves and changing the packings inside the valves.

Packings came in the form of rope like materials in a roll or package. Pipefitters installed the packings in valves, shafts, drive shafts on pumps, circulating pumps, piston driven pumps, other pumps, manway openings, inspection ports in burners, and other equipment. After installation packings had to be removed and replaced in the same maintenance situations as described above for gaskets. Pipefitters removed the packings using small corkscrews, screwdrivers and other tools. Packings hardened and lost resilience over time if used in high temperature above about 120 degrees. Upon removal these packings crumbled or broke up into pieces. The life of packing materials, if not replaced for other reasons, was about one to five years depending primarily on temperature ranges and pressures. The replacement of packings was usually directed by engineers on the site, including without limitation engineers from the equipment manufacturers such as Westinghouse or GE.

I began working at the Braidwood during the original construction around 1984. Part of the work was on piping in the tunnels and the pipe covers were working in the same area. The materials I observed being used to insulate the pipes was the asbestos type of covering. I observed the same type of asbestos pipe insulation materials being used in other places at Braidwood.

Many pipe dope compounds, lubricants, and sealants used by pipefitters, for joints, contained asbestos. John Crane pipe dope was a brand all pipe fitters used. John Crane brand was marked asbestos containing and later a list was circulated about

3

various pipe dope including, but not limited to John Crane pipe dope having asbestos through one of my employers. Pipe dope was used to sealant on all threaded connections.

During work on sectional boilers in schools, churches, and smaller commercial locations, pipefitters had to wrap gasket materials in the form of asbestos rope material which was furnished by the manufacturer. The length of the rope varied from a few feet per section to 10 or 20 feet. Pipefitters also had to use asbestos cement between boiler sections as they were being. Gaskets also had to be installed on the inspection ports the boilers and on connecting pipe flanges, and burner nozzles. I worked on several brands of sectional boilers including Kewaunee, Cleaver Brooks, Pacific, and Weil McLain. The "packaged" boilers had gaskets on the connecting pipe flanges, the burner, and inspection ports. During maintenance work on the boilers, gasket materials had to be removed by pipefitters using chisels, wire brushes, scrapers, and files. Maintenance work was a dusty process.

I am familiar with a number of brand names of equipment including without limitation:

> Valves: Crane, Walworth, Grinnell, Stockholm, Milwaukee, Lukenheimer, Meuller, Yarway, Pacific, Federal, Kennedy, Ladish, Edwards, Hancock, Powell, Mission.
> Specialty Valves: Affiliated, Dezurik, Fisher Control, Honeywell Control, Johnson Control, Nibico, Parker Hannafin.

> Pumps: Bell & Gosset, Goulds, Westinghouse, GE, Ingersoll Rand, Viking, Union, Marsh, Pacific, Worthington, Allis Chalmers, Traco, Allied, Durham.
> Heat Exchangers: Yuba, American Industrial, API, SPX, Industrial, Echodyne, Thermdynamic, Bell & Gossett, Hoffman, Universal.

> Compressors: Ingersoll-Rand, Allis Chalmers, Westinghouse, GE, Gardner Denver;

> Turbines: Westinghouse and General Electric.

As to these brands, I or persons under my direction regularly worked on or around them. Crane valves were the most common in the industry in the 1960s and 1970s.

The basis for my opinions are my training and experience in the field. I learned about the asbestos content of certain materials from my training on the job and later from materials which were identified as asbestos and later; when testing procedures were implemented.

My opinions include without limitation the following:

1. Before asbestos testing procedures were implemented about 1988, removal of pipe

4

insulation was done by pipefitters on all remodeling, maintenance, repair, or rehab job sites until the pipe coverers came on the job. Pipe covers usually came on the job the latter half of the project after most of the pipe covering had been removed.

2. Safety precautions for the removal of pipe covering, gaskets and other asbestos materials at industrial, commercial, and governmental sites where pipefitters worked were not implemented until beginning about 1988. Beginning in the early 1990s, the property owners were expected to be responsible for testing to identify asbestos containing materials.

3. Removal of gaskets on all piping systems was done on all pipefitting remodel, repair, maintenance, and rehab jobs before about 1988 without protective measures for asbestos and was a dusty process for lines or systems operating all operating pressures and temperatures. The same was true for removal of packing materials.

4. At all powerhouse outages, pipefitters had to perform turbine overhaul work which resulted in removal of asbestos materials from piping, valves, flanges connected, including without limitation crossover piping, to the turbine before about 1988. Property owners were expected to be responsible for testing for asbestos in most construction situations beginning in the early 90s. Permitting procedures were not implemented until the early 1990s to require identification to pipefitter crews of asbestos hazards.

5. On turbine maintenance, overhaul, or repair work on the powerhouse and larger turbines (not prepackaged or pre assembled), the directions of what work needed to be performed by pipefitter crews were given by a turbine manufacturer's representative including those from GE or Westinghouse. The turbine manufacturer's representatives were present daily and fully aware of the asbestos dust being generated.

6. Before 1988 worksites at industrial and commercial facilities were contaminated by visible dust from removal of asbestos containing materials. The dust spread to other areas depending on the air conditions at the site. Powerhouses had a lot of area movement and the contamination could be observed spreading 50 feet or further. Refinery work were usually outside work and the dust spread based on the weather conditions. Work in elevated places created dust covering large areas of the ground.

7. Gaskets are abundant in the pipefitting industry and were asbestos containing on any lines operating at temperatures above 120 degrees before 1988. Most equipment, valves of all types, pumps tanks, and specialty items come with flanged connections for ease of removal for

5

replacement or maintenance. Pipefitters had to do gasket work on almost every job.

8. On the installations of the sectional and packaged boilers, pipefitters had to install gaskets and rope materials which were asbestos containing before 1988. The work with the rope materials was dusty and sometimes the gaskets had to be cut. Removal of gaskets and rope materials during maintenance was done by pipefitters and was a dusty process.

Dated: October 18, 2011

*[signature]*
Joseph Ferriter

Expert Materials of Joseph Ferriter for All CVLO MDL 875 Cases

Cascino Vaughan Law Offices (CVLO) submits the following as part of the Rule 26 report for all cases in which Mr. Joseph Ferriter submits a report.

1. During the previous 4 years, Joseph Ferriter has testified as an expert by deposition in the following cases pending in the Eastern District of Pennsylvania:
   ALLEN v. AC&S INC, 08-CV-92038;
   BUCHANAN et al v. ARMSTRONG CONTRACTING & SUPPLY CORPORATION., et. al., 08-CV-92038;
   CARMICHAEL v. DURABLA MFG CO., et. al.,10-CV-67545
   CARNEGIE v. A C AND S INC., et. al., 08-CV-89958
   D'AMICO v. ACANDS INC, et. al., 10-CV-67534
   ENGELMAN v. ACANDS, INC., et. al., 09-CV-60939
   FRANKENBERGER v. ACANDS INC., et. al., 09-CV-61717
   GRANGER v. ACANDS, INC., et. al., 09-CV-60953
   KELLEY v. A. C. AND S., INC., et. al., 10-CV-67555
   KRIK v. AC AND S INC, et. al., 08-CV-91296
   MCCULLUM v. A.C. AND S. INC., et. al., 08-CV-89883
   MENOZZI v. A.C. AND S. INC., et. al., 08-CV-89865
   MOFFETT v. ACANDS, INC., et. al., 08-CV-89973
   NORDBERG v. A.B.B., INC., et. al., 08-CV-90264
   RICHARDSON v. ACANDS, INC., et. al., 10-CV-67553
   RUESKEN v. THE ANCHOR PACKING CO., et. al., 09-CV-61820
   RYAN v. A.C. AND S., INC., et. al., 08-CV-90172
   WRIGHT v. CBS CORPORATION, et. al., 11-CV-66748
   CHILDS v AC&S, INC., et al.; 08-CV-91089
   DOYLE v AC&S, INC., et al.; 08-CV-89845
   LARWETH v AC&S, INC., et al.; 08-CV-89914
   NORBERG v A.B.B, INC., et al.; 08-CV-90264
   WILSON v AC&S, INC., et al.; 08-CV-90732
   WOODS v AW CHESTERTON COMPANY, et al.; 11-CV-66277
   BUSHMAKER v. A.W. CHESTERTON COMPANY, ET AL.; 10-CV-61116
   GEHRT v. A.W. CHESTERTON COMPANY, ET AL.; 08-CV-92066
   KINSER v. RHONE-POULNEX AG COMPANY, ET AL.; 08-CV-92034
   KRIK v. A.W. CHESTERTON COMPANY, ET AL.; 11-CV-63477
   WRIGHT v. A.W. CHESTERTON COMPANY, ET AL.; 11-66748

   Mr. Ferriter has not testified as an expert at trial.

2. Mr. Ferriter is compensated at the rate of $50 per hour.

3. Mr. Ferriter's CV is attached. He has not authored any publications in the previous 10 years.

# RESUME

Joseph H. Ferriter  
16354 S. Paxton Ave.  
finley Park, IL.  
    60477

Telephone:  
(708) 633-0710

Pipefitter LU. * 597  
Card No.: 753-192

45 N. Ogden  
Chicago, Il.  
    60607  
(312)829-4191

Birthdate: July 31, 1935, Chicago,Il..

Education: St. Rita's High School. Chicago, IL. - graduated
1953 Washburne Trade School, Chicago, Il. 1953-1958

Military Service: United States Army 1958-1960

Professional Growth: includes courses in Haz-Com training at Morraine Valley Community College, and safety seminars at various locations including Amoco Oil, Mobil Chemical, Mobil Oil Refinery, Unical, Quantum Chemical, BCRC, Three Rivers Safety Orientation at Joliet Junior College, and N.W. Indiana Construction Council Safety Training.

Professional Conventions: attendance at the Pipefitter U.A. Conventions of 1976 and 1991, & 2001 in Las Vegas, Nevada, & 1996 in Miami, Fla.

Employment Experience:

2001 – 2002  Ret. IPS , Schaumburg, Il; Supt. Jim Thompson State of Ill. Bldg., New Boiler Room moved from sub basement to 17th floor, & remodel floors.. 50 Men  Pfs, Elecs, IW's Bm's Carps, Pc's Labs, & Sub Contractor's

2000 – 2001:  IPS' Shaumburg, Il.:  Carl Sandburg H.S. , Orland Park, Il. Supt., New HVAC, & Upgrade existing HVAC   40 PF's & subcontractors

2000  IPS., Schaumburg, Il., United Air Lines,  New  Maintaintence Bldg. Supt. HVAC, Hydraulic & Process Piping   30 PF's & Subs

1999  IPS., Schaumburg, Il. :New Plainfield HS.  Supt.   HVAC  40 PF's & Subs.

1998  IPS., Schaumburg, Il , New Steel Processing Plant Central Steel & Wire, Port of Indiana:  Supt.  HVAC, Process Piping, & Hydraulics.  40 PF's


EXHIBIT 2

1995 – 1998  IPS, Schaumburg, Il. Ice Skating Rink, Lincolnwood, Il,  Foreman MCI Telephone Center. Downtown Chicago, Gen Foreman 30 PF's  Rebuilt old HV. Syst. & add  new AC Equipment. New Retirement Village, Lindenhurst, Il. Supt. HVAC  40 PF's. ,Sprint Telephone Ctr., Chicago, Il., Supt. Rebuild ex. HVAC, & new HVAC in new addition 40 PF's

Dec. 1993 - 1995: West Bock Construction and Engineering, Frankfort, Il., Supt. AKZO Chemical, Morris, Il. Upgrade Fabric Softener Processing Plant, over 40 Pipefitters, IWs. Cement Finishers and OEs,  including new reactors, piping exchangers and pumps. &  rework some piping & Equip inn ex Plant

Sept. 1993 - Dec .1993: Fluor Corporation,California,  Foreman over 10 men, Bethlehem Steel, Portage In. New Coal Crusher for Blast Furnace

June 1993- Sept. 1993: Economy , Pipefitter, Remodel High School Schaumburg, Independent Boiler Pumping Station Chicago Maintenance, West Bock, Uni Chemma Chicago.

Dec. 1992 - June 1993: UE & C  Amoco Refinery, Whiting, In.Night  Supt. over 120 Pipefitters , Carpenters, Electricians. Operating Engineers, Laborers. New Hydrogen Plant and Diesel Distillate Unit.

May, 1992 - Dec. 1992: Morrison Construction Co., Hammond, Ind.,  Mobil Oil Refinery, Joliet, IL. General Foreman 40 Pipefitters, Process Piping. New sulphur recovery Unit.

March,1992 - April 1992: Murphy Company, St. Louis, Mo.  Amoco Oil Refinery, Whiting, In. General Foreman 40 Pipefitters, Shutdown Process Piping.

July,1991- Jan. 1992: Morrison Construction Co Baillytown, Ind. Field Supt. 100 PF's Powerhouse Rebuild, Porter, In. 14'0" Water Recirculation Piping, Underground Rebuild.

Jan. 1991- July 1991: Voest-Alpine Engineering & Construction Company, Lintz, Austria. U.S. Steel, Tillman Corp., Gary, Ind., for General Foreman  over 40 Pipefitters,  New Continuous Caster Piping, Flushing, Testing and Start-up.

August,1990 - Nov. 1990: BMW Inc., Indianapolis, Ind., Mobil Chemical, Joliet, IL General Foreman 50  Pipefitters, carpenters, and Laborers

May, 1989 - June 1990: BMW Inc., Indianapolis, Ind. Quantum Chemical, MorrisJl Field  Supt 50 to 350 Pipefitters, Boilermakers, Millwrights, Laborers, Operating Engineers Subcontractors, Carpenters and Ironworkers.Rebuild Chemical Plant

Dec. 1988 - April 1989: Borg Mechanical, Hillside, Il., Universal Oil Products, McCook.IL Supt. (Project Manager) over 40 Pipefitters, Subcontractors. Ironworkers. Laborers. Carpenters, Cement Finishers, Millwrights, and Pipe Coverers, to upgrade existing Catalyst Plant for No-Lead Gasoline, for Catatlitic Converters, including Instruments,

May. 1988 - Dec. 1988: Borg Mechanical, Hillside, Il., **Amoco Refinery, Whiting, Ind.**, Supt. (Project Manager) over 30 men including Pipefitters, Instrument Technicians, Subcontractors, Laborers, Carpenters Boilermakers, and Painters to upgrade existing Deluge System and Propylene Vessels

1985 - March, 1988: Phillips Getschow & Co., Chicago, Il., Braidwood Nuclear Power Station, General Foreman and Foreman over 40 Pipefitters. Testing, Flushing, Hangers and Process Piping, Fabshop and Instrumentation with Westinghouse Engineers.

1985: Fluor Corp., Calif., Union Oil Refinery Lemont.Il., Foreman over 10 Pipefitters, Process Piping  Propanizer Unit

1984 - 1985: Phillips Getschow & Co., Chicago, Il., Braidwood Nuclear Powerhouse, Gen. Foreman  over 40  Pipefitters, Piping and Hangers

1980 -1983: McCartin, McAuliffe Mechanical Contractor, Hammond, Ind., Dresden Nuclear Powerhouse, Morris, Il. Assistant Supt. over 50 to 400 Men. High Red Sample System, 79-14 Safe Shutdown. Mark I Containment. Seismic and Thermal Hangers and Anchors. Supervised Pipefitters, Ironworkers, Boilermakers, Carpenters, and Laborer

1980; U.S. Piping, Kansas City, Mo., Standard Oil Refinery, Whiting, Ind., Gen Foreman over 40 Pipefitters.Upgrade existing  Process Piping

1980: Phillips Getschow & Co., Chicago, Il., Dresden.Nuclear Powerhouse, Gen Foreman over 40 Pipefitters during D-3 outage. Seismic and Thermal Support Upgrade of Torus.

1979 -1980: Bernard & Burke, Louisana,  E.C.I. Refinery, (Old Arco)  East Chicago.In.Gen Foreman over 40 Pipefitters. Maintenance Piping.

1976 -1979: Phillips, Getschow & Co. Dresden Powerhouse, Morris IL. Asst. Supt. 40 to 450 Pipefitters, Ironworkers, Boilermakers, Millwrights, Carpenters and Laborers during outage. ACAD-CAM System, HELB Restraints, water treatment.

1975-1976: R.M.Parsons Co.,, Calif., Union Oil Refinery, Lemont, Il., Supt. 250 Pipefitters, Boilermakers and Millwrights for Process and Underground Piping, new Sulfur Recovery Unit.

1974 -1975: Crawford & Russel Co., Stamford, Conn.  Stein Hall Chemical Co. Bridgeview, IL. Supt. 70 Pipefitters for Process Piiping in existing & New Addition at operating chemical plant.

1972 -1974: Bechtel Corp., Calif.,  N.I. Gas Plant, Morris, IL. Asst. Supt. for 650 Pipefitters for Process Piping and Underground Piping for new synthetic gas plant.

1971 -1972: Advance Heating and Air Conditioning Corp., Chicago, Il., . Lincoln Mall Shopping Center,  Matteson, Il. Foreman over 10 Piipefitters for heating and air conditioning piping for new shopping center.

1969 -1971: Fluor Corp., Calif.   Moobil Oil Refinery, Asst. Supt. for 1250 Pipefitters for Process and Underground Piping for new oil refinery.

1969: Morrision Construction Co., Hammond, Ind.  Northern Petrochemical, Morris, IL. General Foreman over 50 Pioefitters for Process and Underground Piping  for new chemical plant

1967 -1969: C. F. Braun, Calif.  Union Oil Refinery, Lemont, IL. Area General Foreman over 150 Pipefitters for Process and Underground Piping for new oil refinery.

1964 - 1967: Advance Heating and Air Conditioning Corp., Chicago, Il., Evergreen Shopping Center, Evergreen Park.IL, Enclose Shopping Ctr. Add to & upgrade existing HVAC,. General Foreman over 20 Pipefitters,: River Oaks Shopping Center, Calumet City,IL HVAC for Sears, Fields, Office Bldg., & many smaller stores. General Foreman over 40 Pipefitters, : Pepsi Cola Bottling Plant, Munster.In. General `oreman over 30 Pipefitters. HVAC & Process Piping  for complete new packaging lines, Bottles & Cans.

l960 - 1964: Advance Heating and Air Conditioning Corp, Economy Plumbing, Gre .akes, Plumbing and Heating., All Chicago, Il. Pipefitter, Foreman, General Foreman, HVAC  Piping at various sites in the Chicago area.

1958 -1960: U. S. Armed Forces.

1953 - 1958: Advance Heating and Air Conditioning Corp., Chicago, Il. Apprentice, HVAC Piping,  High rises, commercial and small Industry and hospitals